UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

MCGRAW HILL LLC, BEDFORD, FREEMAN & :
WORTH PUBLISHING GROUP, LLC,         :
ELSEVIER INC., PEARSON EDUCATION,    :
INC., and CENGAGE LEARNING, INC.,    :
                                     :
            Plaintiffs,              :
                                     :
            -v-                      :
                                     :
DOE 1 d/b/a ABETTERDEAL3,            :
DAPROPHITT, and NICENICHE; DOE 2     :
d/b/a/ TRADY34, DOE 3 d/b/a          :
USGOODSELLER99, DOE 4 d/b/a          :
JESKATBOOKS, FATBOOKS, and CADABRA   :
STORE, DOE 5 d/b/a                   :
SHAREYOURFEELINGS and SHARE YOUR     :
FEELINGS, DOE 6 d/b/a JENNYLUO897,   :
MIHOYO, and GOODIES897, DOE 7 d/b/a  :
DAYSDISCOUNT, DOE 8 d/b/a THE-BOOK-  :
LIFE and THE-BOOK-LIFE, DOE 9 d/b/a  :
FAIRDEALS_73, GRACIAS18,             :
ZENITHBOOKS, and                     :
DELHIBOOKSTORE2017, SANJAY MITTAL;   :
DENIS OKHMAN, JULIE HALE, NATHAN     :
HALE, BURHAN AYDIN, OZODBEK          :
ABDULAZIZOV, HAFIZE BUDAK, BENJAMIN  :
LEVY, STEVEN NOE, BUY IT NOW         :
BARGAINS LLC, and FIVE TO ONE        :
LIQUIDATORS, LLC,                    :
                                     :
            Defendants.              :
------------------------------------ x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

20-cv-00356 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

On January 15, 2020, Judge Castel, sitting in Part I,

granted the ex parte motion of plaintiffs McGraw Hill LLC,

Bedford, Freeman & Worth Publishing Group, LLC, Elsevier Inc.,

Pearson Education, Inc., and Cengage Learning, Inc. for (1) a

temporary restraining order against defendants, (2) an order to

show cause why a preliminary injunction should not issue, (3) an order authorizing expedited discovery, and (4) an order authorizing alternate service by electronic mail (collectively, the "Ex Parte Order"). An adversarial hearing on the Ex Parte Order was set for January 28, 2020. However, plaintiffs' counsel has now informed the Court that (a) service of process was not effectuated until January 23, 2020, and defendants only had until January 22, 2020 to file and serve their answering papers, (b) certain parties need additional time to finalize the terms of a stipulated preliminary injunction, and (c) certain parties as well as non-party banks need additional time to complete expedited discovery. Accordingly, the "order to show cause" hearing previously scheduled for January 28, 2020 is hereby adjourned to February 11, 2020 at 11:00 a.m. Furthermore, defendants' answering papers will now be due February 4, 2020 at 5:00 p.m., and plaintiffs' reply papers, if any, will be due February 6, 2020 at 5:00 p.m. The temporary restraining order, which was previously set to expire on January 29, 2020, will remain in effect until February 12, 2020.

SO ORDERED.

Dated:   New York, NY

January 24, 2020                    JED S. RAKOFF, U.S.D.J.