USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
MCGRAW HILL LLC, BEDFORD, FREEMAN &                               :
WORTH PUBLISHING GROUP, LLC,                                      :
ELSEVIER INC., PEARSON EDUCATION,                                 :
INC., and CENGAGE LEARNING, INC.,                                 :     20-cv-00356 (LL)
                                                                  :
                            Plaintiffs,                           :     ORDER
                                                                  :
            -v-                                                   :
                                                                  :
DOE 1 d/b/a ABETTERDEAL3, DAPROPHITT, and                         :
NICENICHE; DOE 2 d/b/a/ TRADY34, DOE 3 d/b/a                      :
USGOODSELLER99, DOE 4 d/b/a JESKATBOOKS,                          :
FATBOOKS, and CADABRA STORE, DOE 5 d/b/a                          :
SHAREYOURFEELINGS and SHARE YOUR                                  :
FEELINGS, DOE 6 d/b/a JENNYLUO897, MIHOYO,                        :
and GOODIES897, DOE 7 d/b/a DAYSDISCOUNT,                         :
DOE 8 d/b/a THE-BOOKLIFE and THE-BOOK-LIFE,                       :
DOE 9 d/b/a FAIRDEALS_73, GRACIAS18,                              :
ZENITHBOOKS, and DELHIBOOKSTORE2017,                              :
SANJAY MITTAL, DENIS OKHMAN, JULIE HALE,                          :
NATHAN HALE, BURHAN AYDIN, OZODBEK                                :
ABDULAZIZOV, HAFIZE BUDAK, BENJAMIN                               :
LEVY, STEVEN NOE, BUY IT NOW BARGAINS                             :
LLC, and FIVE TO ONE LIQUIDATORS, LLC,                            :
                                                                  :
                            Defendants.                           :
                                                                  :
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. It is hereby:

ORDERED that the "order to show cause" hearing previously scheduled for February 11, 2020 at 11:00 a.m. shall take place on that date and at that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated: February 7, 2020
       New York, New York                          _____
                                                   LEWIS J. LIMAN
                                                   United States District Judge