UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
::::::::::::::::::::::::::::::

MCGRAW HILL LLC, BEDFORD, FREEMAN &
WORTH PUBLISHING GROUP, LLC,
ELSEVIER INC., PEARSON EDUCATION,
INC., and CENGAGE LEARNING, INC.,

                 Plaintiffs,

        -v-

DOE 1 d/b/a ABETTERDEAL3, DAPROPHITT, and
NICENICHE; DOE 2 d/b/a/ TRADY34, DOE 3 d/b/a
USGOODSELLER99, DOE 4 d/b/a JESKATBOOKS,
FATBOOKS, and CADABRA STORE, DOE 5 d/b/a
SHAREYOURFEELINGS and SHARE YOUR
FEELINGS, DOE 6 d/b/a JENNYLUO897, MIHOYO,
and GOODIES897, DOE 7 d/b/a DAYSDISCOUNT,
DOE 8 d/b/a THE-BOOKLIFE and THE-BOOK-LIFE,
DOE 9 d/b/a FAIRDEALS_73, GRACIAS18,
ZENITHBOOKS, and DELHIBOOKSTORE2017,
SANJAY MITTAL, DENIS OKHMAN, JULIE HALE,
NATHAN HALE, BURHAN AYDIN, OZODBEK
ABDULAZIZOV, HAFIZE BUDAK, BENJAMIN
LEVY, STEVEN NOE, BUY IT NOW BARGAINS
LLC, and FIVE TO ONE LIQUIDATORS, LLC,

                 Defendants.

-----------------------------------------------------------------X

20-cv-00356 (LJL)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/2020

LEWIS J. LIMAN, United States District Judge:

      The Court scheduled a hearing on Plaintiffs' application for a preliminary injunction for February 11, 2020 at 11:00 a.m. Having not received any papers in opposition to the application, which were due on February 4, 2020, the Court hereby ORDERS that any Defendant who opposes the application for a preliminary injunction in the form submitted, *see* Dkt. No. 24, shall so inform the Court by letter filed on ECF by February 10, 2020 at 5:00 p.m. that it intends to oppose the application at the hearing. The Court also requests that Plaintiffs be prepared to

address at the hearing the contents and scope of the proposed preliminary injunction. *See* Fed. R. Civ. P. 65(d).

SO ORDERED.

Dated: February 10, 2020
New York, New York

_____
LEWIS J. LIMAN
United States District Judge