UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MCGRAW HILL LLC, et al., :
:
               Plaintiffs, :
:     20-cv-0356 (LJL)
    -v- :
:     ERRATA ORDER
DOE 1, et al., :
:
               Defendants. :
:
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2022

LEWIS J. LIMAN, United States District Judge:

     The Opinion and Order filed on July 22, 2022 at Dkt. No. 97 contained a typographical error on p. 15.  The corrected sentence will read: "Based on Defendant Pineda's multiple platforms and repeated infringing activity, the Court awards damages against her in the amount of $700,000: $200,000 under each of three claims under the Lanham Act, and $100,000 for one claim under the Copyright Act."  Along with this Errata Order the Court is separately filing an Amended Opinion and Order correcting this error.

     SO ORDERED.

Dated: July 26, 2022
       New York, New York

                                                  LEWIS J. LIMAN
                                                  United States District Judge