UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MCGRAW HILL LLC; BEDFORD, FREEMAN & WORTH PUBLISHING GROUP, LLC; PEARSON EDUCATION, INC.; and CENGAGE LEARNING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> RAUNI PUJOLS; YOHANES HSU; ROSA PINEDA; DELHI BOOKSTROE, INC.; JAE Y. CHOI; STEVEN MUN; and OZODBEK ABDULAZIZOV, <br><br> Defendants. | Civil Action No. 20-cv-356-LJL-VF <br><br> **AMENDED DEFAULT JUDGMENT, PERMANENT INJUNCTION, AND POST-JUDGMENT RELIEF ORDER** |

LEWIS J. LIMAN, District Judge:

Plaintiffs McGraw Hill LLC ("McGraw Hill"), Pearson Education, Inc. ("Pearson"), and Cengage Learning, Inc. ("Cengage") (collectively, "Plaintiffs") initiated this action on January 15, 2020 against Doe Defendants. Compl., ECF No. 1. At the same time that they filed the Complaint, Plaintiffs filed an *Ex Parte* Application for Temporary Restraining Order, Order to Show Cause Why a Preliminary Injunction Should Not Issue, Order Authorizing Expedited Discovery, and Order Authorizing Alternative Service (the "Application"), which the Court granted on January 15, 2020. *Ex Parte* Order, ECF No. 17. Plaintiffs served the Doe Defendants by email with the original Complaint, Summons, *Ex Parte* Order, and papers filed in support of the Application. *See* Decl. of Service, ECF No. 16. After a show cause hearing, at which the Doe Defendants did not appear, the Court issued a Preliminary Injunction on February 12, 2020. Prelim. Inj., ECF No. 37. After conducting expedited discovery, Plaintiffs filed an Amended Complaint on October 9, 2020 (ECF No. 62), naming as defendants Rosa Pineda and Ozodbek Abdulazizov (hereinafter,

1

"Defendants"), amongst others.

Plaintiffs served the Amended Complaint and Summons on Defendant Abdulazizov by personal service on November 19, 2020, and by email on Defendant Pineda on January 20, 2021 (ECF No. 79) pursuant to the Court's January 19, 2021 Order allowing continued service by email (ECF No. 78). No Defendant filed an Answer or otherwise responded to the Complaint or Amended Complaint.

On May 27, 2021, the Clerk of Court entered a Certificate of Default as to Defendants. Certificate of Default, ECF No. 82.

On September 29, 2021, Plaintiffs submitted a motion, memorandum of law, and a declaration in support of their request for a default judgment, a permanent injunction, and post-judgment relief ("Motion") against Defendants pursuant to, *inter alia*, Rules 55(b) and 65(d) of the Federal Rules of Civil Procedure.[1] On June 29, 2022, Plaintiffs submitted an amended motion and memorandum of law and a supplemental declaration in support of the Motion. On July 26, 2022, the Court issued an Amended Opinion and Order granting in part Plaintiffs' Motion.

Having reviewed the Amended Complaint, Plaintiffs' papers filed in support of the Motion, and the entire record herein, the Court HEREBY FINDS that:

A. Plaintiffs are higher education publishers. Plaintiffs' publications include physical and digital textbooks that are widely available in the United States to consumers and sold through direct sales channels and legitimate distributors and stores.

B. Defendants own and/or operate the following online storefronts:

(1) Cadabra Store (Amazon ID AP0XTDT85Z4EZ) operated by Defendant Pineda;

---

[1] Plaintiffs' Motion also pertained to defendant Rauni Pujols. However, Plaintiffs later reached a settlement agreement with Pujols pursuant to which Plaintiffs and Pujols sought entry of a separate stipulated judgment against him (ECF No. 91).

(2) fatbooks (eBay URL http://www.ebay.com/usr/fatbooks) operated by Defendant Pineda;

(3) jeskatbooks (eBay URL http://myworld.ebay.com/jeskatbooks) operated by Defendant Pineda;

(4) West_Books (Amazon ID A1BB2PUG3UKRNS) operated by Defendant Abdulazizov; and

(5) mirah_us2015 (eBay URL https://www.ebay.com/usr/mirah_us2015) operated by Defendant Abdulazizov;

C. Defendants have been properly served in this action with the Complaint, Amended Complaint, and Summonses;

D. Because Defendants have not filed Answers or otherwise responded to the Complaint or Amended Complaint or otherwise appeared in this action, the Clerk of Court entered default against Defendants on May 27, 2021;

E. The Court has personal jurisdiction over Defendants pursuant to N.Y. C.P.L.R. §§ 302(a)(1);

F. Plaintiffs own or exclusively control the rights in copyright in and to their respective copyrighted works described on Appendix A;

G. Plaintiffs Cengage and McGraw Hill own all rights, title, and interest in and to their respective trademarks and service marks described on Appendix B ("Plaintiffs' Authentic Marks");

H. Defendants have willfully infringed Plaintiffs' copyrights in the Authentic Works in connection with Defendants' distribution of counterfeit copies of Plaintiffs' textbooks, and Defendants are, therefore, liable for willful copyright infringement under federal law, 17 U.S.C. §§ 101, *et seq.*;

I. Defendants have willfully counterfeited Plaintiffs' Authentic Marks by using in commerce, without Plaintiffs' consent, counterfeit reproductions of Plaintiffs' Authentic Marks in

3

connection with the sale, offering for sale, distribution, and/or advertising of counterfeit copies of Plaintiffs' textbooks, and Defendants are, therefore, liable for willful trademark counterfeiting under federal law, 15 U.S.C. § 1114;

J.  Defendants' willful infringement of Plaintiffs' copyrights and Plaintiffs' Cengage and McGraw Hill's trademarks has caused such Plaintiffs irreparable harm;

K.  As a result of Defendants' unlawful conduct, Plaintiffs are entitled to the entry of a final judgment and permanent injunction against Defendants.

NOW, THEREFORE, IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 65(d), the Copyright Act, and the Lanham Act, that Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Order, are permanently enjoined from directly or indirectly (1) infringing the copyrights owned or exclusively controlled by any of the Plaintiffs ("Plaintiffs' Copyrights"), i.e., such copyrighted works published under any of the imprints identified on Exhibit A to the Amended Complaint, attached hereto as Appendix C (the "Imprints"); and (2) infringing the trademarks owned or exclusively controlled by Plaintiffs Cengage or McGraw Hill ("Plaintiffs' Marks"), i.e., such trademarks associated with Cengage and McGraw Hill's Imprints.

Without limiting the foregoing, IT IS FURTHER ORDERED that Defendants, their officers, agents, servants, employees, and attorneys, and all those in active concert or participation with any of them, who receive actual notice of this Order, are permanently enjoined from engaging in any of the following acts:

1) Copying, reproducing, manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, promoting, or otherwise exploiting any of Plaintiffs' Copyrights without Plaintiffs' express written authorization; or enabling, facilitating, permitting, assisting,

4

soliciting, encouraging, or inducing others to engage in such activities; and

2) Copying, reproducing, using in connection with manufacturing, importing, downloading, uploading, transmitting, distributing, selling, offering for sale, advertising, marketing, or promoting goods or services, or otherwise exploiting any of Plaintiffs' Marks without Plaintiffs' express written authorization; or enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to engage in such activities;

IT IS FURTHER ORDERED that, pursuant to 17 U.S.C. § 504(c)(2) and 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages against Defendants for their willful infringement as follows:

| Defendant | Plaintiffs | Copyright Damages/# of Works | Trademark Damages/# of Marks | Total Damages |
|---|---|---|---|---|
| Rosa Pineda | Cengage and McGraw Hill | $100,000 (1) | $200,000 (3) | $700,000 |
| Ozodbek Abdulazizov | Cengage, McGraw Hill, and Pearson | $7,000 (7) | $22,000 (2) | $93,000 |
| TOTAL | | $149,000 | $644,000 | $793,000 |

IT IS FURTHER ORDERED that the stay to enforce a judgment imposed by Federal Rule of Civil Procedure 62(a) is hereby dissolved, and Plaintiffs may immediately enforce the judgment set forth herein.

IT IS FURTHER ORDERED that Defendants shall deliver to Plaintiffs for destruction all copies of Plaintiffs' textbooks, other copyrighted works, or derivative works thereof, that Defendants have in their possession, custody, or control, and all devices by means of which such copies have been created, pursuant to 17 U.S.C. § 503.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over the parties and the subject matter of this litigation for the purpose of interpretation and enforcement of this Permanent Injunction.

IT IS FURTHER ORDERED that the Clerk of Court is hereby directed to release the

$4,000 cash bond, posted in accordance with the *Ex Parte* Order, to Plaintiffs by sending it to their attorneys of record, Oppenheim + Zebrak, LLP, at 4530 Wisconsin Avenue, NW, 5th Floor, Washington, DC 20016.

FINAL JUDGMENT is hereby entered in favor of Plaintiffs against Defendants Rosa Pineda and Ozodbek Abdulazizov in the total amount of $793,000, as described above, plus post-judgment interest calculated at the rate set forth in 28 U.S.C. § 1961.

It is SO ORDERED this _1st_ day of _August 1, 2022___.

_____
HON. LEWIS J. LIMAN
United States District Judge

## Appendix A – Copyrights Infringed

| ISBN | Publisher | Title | Copyright Registration |
|---|---|---|---|
| 9781305261105 | Cengage | Basics Of Research Methods For Criminal Justice And Criminology, 4th | TX 8-027-615 |
| 9781305865785 | Cengage | Intentional Interviewing & Counseling: Facilitating Client Development In A Multicultural Society, 9th | TX 8-389-403 |
| 9780073534343 | McGraw Hill | Effective Group Discussion, Theory And Practice, 14th | TX 7-562-529 |
| 9781259235702 | McGraw Hill | Essentials Of Economics, 10th | TX 8-278-999 |
| 9780077835422 | McGraw Hill | Essentials Of Investment, 10th | TX 8-279-004 |
| 9781259709074 | McGraw Hill | Marketing, 6th | TX 8-534-400 |
| 9780073523910 | McGraw Hill | The Art Of Public Speaking, 12th | TX 8-003-528 |
| 9780134205588 | Pearson | Essentials Sociology, 12th | TX 8-232-933 |
| 9780134061641 | Pearson | Ethical Legal Professional Issues Counseling, 5th | TX 8-122-054 |
| 9780133919783 | Pearson | Financing Education In A Climate Of Change, 12th | TX 8-050-106 |
| 9780321982384 | Pearson | Linear Algebra, 5th | TX 8-028-767 |
| 9780134606996 | Pearson | Using MIS, 10th | TX 8-538-336 |

## Appendix B – Trademarks Infringed

| Publisher | Trademark | Trademark Registrations |
|---|---|---|
| Cengage | CENGAGE LEARNING | 3,603,376 |
| McGraw Hill | MCGRAW HILL | 2,899,528 |
| McGraw Hill | MCGRAW HILL EDUCATION | 4,664,267 |

## Appendix C - Imprints

| CENGAGE LEARNING, INC. |
| --- |
| Brooks Cole Cengage<br>Cengage Learning<br>Course Technology<br>Delmar<br>Gale<br>Heinle<br>Milady<br>National Geographic Learning<br>South-Western Educational Publishing<br>Wadsworth |
| **MCGRAW HILL LLC** |
| Irwin<br>Lange<br>McGraw-Hill<br>McGraw-Hill Education<br>McGraw-Hill Higher Education<br>McGraw-Hill Professional<br>McGraw-Hill Ryerson<br>McGraw-Hill/Appleton & Lange<br>McGraw-Hill/Contemporary<br>McGraw-Hill/Dushkin<br>McGraw-Hill/Irwin<br>McGraw Hill<br>NTC/Contemporary<br>Osborne<br>Schaum's |
| **PEARSON EDUCATION, INC.** |
| Addison Wesley<br>Adobe Press<br>Allyn & Bacon<br>Benjamin Cummings<br>Brady<br>Cisco Press<br>Financial Times Press/FT Press<br>IBM Press<br>Longman<br>New Riders Press<br>Peachpit Press<br>Pearson<br>Pearson Education<br>Que Publishing<br>Sams Publishing |