```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/3/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MCGRAW HILL LLC et al.,                                            :
:
                Plaintiffs,                                       :
:     20-cv-356 (LJL)
      -v-                                                         :
:     ORDER
RAUNI PUJOLS,                                                      :
:
                Defendant.                                        :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The above-named parties, having entered into a settlement agreement that fully resolves the claims between the remaining parties in the case, request that the Court enter a proposed final judgment and permanent injunction against Mr. Pujols. Dkt. No. 91. The proposed final judgment and permanent injunction would have the Court direct that Defendant "pay the amount agreed to Plaintiffs . . . pursuant to the terms of the settlement agreement." However, the parties have not filed the settlement agreement on the docket.

       The Court will not retain jurisdiction to enforce a settlement agreement whose terms are confidential. The public has a right to know the terms of an agreement the Court's resources will be drawn upon to enforce and to apply to the parties. If the parties wish that the Court retain jurisdiction to enforce payment according to the terms of an agreement, the parties must place the terms of the settlement agreement on the public record.

       By April 14, 2023, the parties shall place the terms of their settlement agreement on the public record or inform the Court that they withdraw the request for the Court to enter the proposed final judgment and permanent injunction against Mr. Pujols as drafted. If the parties

withdraw the request for the Court to enter the proposed final judgment and permanent injunction as drafted against Mr. Pujols, they may either file a proposed stipulation of dismissal to that effect or, in the alternative, submit a revised order that does not contain language asking the Court to enforce payment according to the terms of the agreement.

SO ORDERED.

Dated: April 3, 2023
      New York, New York

                                          LEWIS J. LIMAN
                                  United States District Judge